IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE I, JOHN DOE II, and <br> JOHN DOE III, <br> <br> Plaintiffs, <br> <br> VS. <br> <br> ROMAN CATHOLIC DIOCESE OF <br> GALVESTON-HOUSTON, *et al.,* <br> <br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. H-05-1047 |

**ORDER OF DEFENDANT JOSEPH RATZINGER'S
SECOND UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE MEMORANDA
IN SUPPORT OF MOTIONS TO DISMISS**

Defendant Joseph Ratzinger's Second Unopposed Motion for Enlargement of Time within which to File Memoranda in Support of Motions to Dismiss is granted.

Defendant Joseph Ratzinger must file a memorandum in support of his motion seeking dismissal based on head-of-state immunity no later than 30 days after the United States Department of State's suggestion of immunity is submitted to the court. The memoranda in support of this defendant's other defenses are held in abeyance until the court has decided the head-of-state immunity issue. Defendant Joseph Ratzinger must file a report on July 29, 2005 and every 30 days thereafter informing the court of the status of the United States Department of State's filing of a suggestion of immunity.

SIGNED on June 23, 2005, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge