# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE I, JOHN DOE II, and JOHN DOE III, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-1047 |
| ROMAN CATHOLIC DIOCESE OF GALVESTON-HOUSTON, *et al.,* | § § § § | |
| Defendants. | § | |

## ORDER

The court enters the following orders on plaintiff's emergency motion for clarification of matters relating to pending, court-ordered mediation:

The request to disclose the remaining amounts of insurance coverage is moot; defendants have agreed to provide the information.

The request to require Archbishop Fiorenza to appear at the mediation is moot to the extent the defendants have agreed to attempt to have him appear and otherwise denied.

The request to compel the presence of insurance company representatives is denied.

SIGNED on September 26, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge